IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL ANDERSON**
**ADC #130293**                                                                                          **PLAINTIFF**

**V.**            **CASE NO. 5:19-cv-351-BRW-BD**

**DEXTER PAYNE,** *et al*.                                                                       **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 31) for dismissal of Mr. Anderson's claims against Defendant Bryers. Mr. Anderson has not filed objections. After careful review, I approve and adopt the Recommendation s all respects.

Accordingly, Defendant Bryers's motion for summary judgment on the issue of exhaustion (Doc. No. 25) is GRANTED. Claims against Defendant Bryers are DISMISSED, without prejudice, for failure to exhaust administrative remedies.

IT IS SO ORDERED, this 30th day of June, 2020.

                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE