IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ANDERSON
ADC #130293                                                                                      PLAINTIFF

V.                              CASE NO. 5:19-CV-351-BRW-BD

DEXTER PAYNE, *et al*.                                                                       DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary (Doc. No. 43) is GRANTED. Mr. Anderson's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 24th day of May, 2021.


                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE