IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ANDERSON,
ADC #130293                                                                                          PLAINTIFF

V.                          CASE NO. 5:19-CV-351-BRW-BD

DEXTER PAYNE, *et al*.                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 24th day of May, 2021.


                                             Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE